IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Carmetta G. Holden,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Emeritus Corporation,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00883-MN |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Carmetta G. Holden ("Plaintiff") and Defendant, Emeritus Corporation ("Defendant"), by their undersigned counsel, hereby stipulate and agree that this action, together with any and all claims asserted in this action, shall be dismissed in its entirety with prejudice and without any assessment by the Court of costs or attorneys' fees and waiving all rights of appeal.

Dated: October 5, 2022

| | |
|---|---|
| **SCHMITTINGER & RODRIGUEZ** | **LITTLER MENDELSON, P.C.** |
| /s/ *Gary E. Junge* | /s/ *Lindsay M. Neinast* |
| William D. Fletcher, Jr. Esq., Bar I.D. No. 362<br>Gary E. Junge, Esq., Bar I.D. No 6169<br>Schmittinger & Rodriguez<br>414 South State Street<br>Dover, DE 19901 | Lindsay M. Neinast, Esq.<br>Del. Bar No. 5567<br>Littler Mendelson, P.C.<br>815 Connecticut Ave., NW<br>Suite 400<br>Washington, DC 20006-4046 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |